746 F.2d 1468
 Phelan (Frank)
v.
Thornburgh (Richard), Zimmerman (LeRoy), Marks (Ronald J.),
Jeffes (Glen R.), Gillis (Frank), De Ramus (Erskind),
Zimmerman (Charles), Fulcomer (Thomas), Wicker (E.C.),
Zumpetta (Anthony), Domovich (A.), Hanks (Robert), Kupchella
(W.), Hileman (K.R.), Kidd (Jeffrey), Henry (Terry), Grove
(Steryl), Myers (Clinton), Ferrenberg (J.E.), Dick (J.A.),
Mateer (Wayne), Johnson (R.C.), Miceli (Joseph Judas),
Goldblum (Charles), Toner (Richard)
 NO. 84-5307
 United States Court of Appeals,
third Circuit.
 SEP 13, 1984
 
 Appeal From: M.D.Pa.,
 Nealon, J.
 
 
 1
 AFFIRMED.